# EXHIBIT 6

| | |
|---|---|
| **To:** | Chad Dillon <chad.dillon@dillondecantermachine.com>[chad.dillon@dillondecantermachine.com] |
| **From:** | Chad Dillon[Chad Dillon] |
| **Sent:** | Sat 4/9/2022 9:51:17 PM (UTC) |
| **Subject:** | Fwd: 24X60 High Speed Manual |

image002.png
image003.jpg
image002.png_MAGNETFORENSICS0
image002.png_MAGNETFORENSICS1
image004.png
image005.jpg
24x60 LH High Speed Manual.docx

Chad Dillon
Elgin Separation Solutions
(304) 549-5118

Begin forwarded message:

> **From:** Don Ritchie <Don.Ritchie@elginps.com>
> **Date:** April 9, 2022 at 5:24:08 PM EDT
> **To:** "Hall, Brent" <BHall@dupps.com>, "Hall, Chris" <CHall@dupps.com>
> **Cc:** Chad Dillon <Chad.Dillon@elginps.com>, "Mueller, Benjamin" <BMueller@dupps.com>, "Mehl, Ronald J." <RMehl@dupps.com>
> **Subject: RE: 24X60 High Speed Manual**
>
>
> Brent,
> Please see the attached requested 24 x 60 High Speed Manual.
>
> Thanks!
>
> **Don Ritchie**
> **Senior Engineer - Poca**
>
> **Elgin Separation Solutions**
> 172 Black Betsy Bottom Road – Poca, West Virginia 25159
> Office: 304-755-0292 x1744
> Cell: 304-690-6826
> Fax: 304-755-0296
> Email: don.ritchie@elginps.com
> Web: www.ElginSeparationSolutions.com
>
> **From:** Hall, Brent <BHall@dupps.com>
> **Sent:** Wednesday, April 6, 2022 9:11 AM
> **To:** Don Ritchie <Don.Ritchie@elginps.com>; Hall, Chris <CHall@dupps.com>
> **Cc:** Chad Dillon <Chad.Dillon@elginps.com>; Mueller, Benjamin <BMueller@dupps.com>; Mehl, Ronald J. <RMehl@dupps.com>
> **Subject:** RE: 24X60 High Speed Manual
>
> Thanks Don,
> Please send in word format so that we are able to work with them.
>
> Regards,
> Brent
>
> **From:** Don Ritchie <Don.Ritchie@elginps.com>

**Sent:** Wednesday, April 6, 2022 8:02 AM
**To:** Hall, Brent <BHall@dupps.com>; Hall, Chris <CHall@dupps.com>
**Cc:** Chad Dillon <Chad.Dillon@elginps.com>; Mueller, Benjamin <BMueller@dupps.com>; Mehl, Ronald J. <RMehl@dupps.com>
**Subject:** RE: 24X60 High Speed Manual

Brent,
I have most of the manual completed and by the end of today, I can send you what I have for you to get started on your end. I will need just a little more time to complete the machine breakdown drawings and spare parts. I will work on having the rest of the drawings done by the end of day Monday. I may be able to get them done sooner and will work on getting them to you as quickly as possible.

Thanks!

**Don Ritchie**
**Senior Engineer - Poca**

**Elgin Separation Solutions**
172 Black Betsy Bottom Road – Poca, West Virginia 25159
Office: 304-755-0292 x1744
Cell: 304-690-6826
Fax: 304-755-0296
Email: don.ritchie@elginps.com
Web: www.ElginSeparationSolutions.com

---

**From:** Hall, Brent <BHall@dupps.com>
**Sent:** Wednesday, April 6, 2022 8:45 AM
**To:** Don Ritchie <Don.Ritchie@elginps.com>; Hall, Chris <CHall@dupps.com>
**Cc:** Chad Dillon <Chad.Dillon@elginps.com>; Mueller, Benjamin <BMueller@dupps.com>; Mehl, Ronald J. <RMehl@dupps.com>
**Subject:** RE: 24X60 High Speed Manual
**Importance:** High

Don / Chad,
We have never received the 24x60 High Speed manuals.  We need these now.  Please forward them today.

Regards,
Brent



---

**From:** Don Ritchie <Don.Ritchie@elginps.com>
**Sent:** Wednesday, February 16, 2022 10:37 AM
**To:** Hall, Chris <CHall@dupps.com>
**Cc:** Chad Dillon <Chad.Dillon@elginps.com>; Hall, Brent <BHall@dupps.com>; Mueller, Benjamin <BMueller@dupps.com>; Mehl, Ronald J. <RMehl@dupps.com>
**Subject:** RE: 24X60 High Speed Manual

Chris,
Working on it and hope to have it soon.

Thanks!

**Don Ritchie**
**Senior Engineer - Poca**

**Elgin Separation Solutions**
172 Black Betsy Bottom Road – Poca, West Virginia 25159
Office: 304-755-0292 x1744
Cell: 304-690-6826
Fax: 304-755-0296
Email: don.ritchie@elginps.com
Web: www.ElginSeparationSolutions.com

---

**From:** Hall, Chris <CHall@dupps.com>
**Sent:** Tuesday, February 15, 2022 5:00 PM
**To:** Don Ritchie <Don.Ritchie@elginps.com>
**Cc:** Chad Dillon <Chad.Dillon@elginps.com>; Hall, Brent <BHall@dupps.com>; Mueller, Benjamin <BMueller@dupps.com>; Mehl, Ronald J. <RMehl@dupps.com>
**Subject:** RE: 24X60 High Speed Manual

Hello Don,
Have you had a chance to get these manuals together for the High Speed 24X60's we purchased? We need them as soon as possible.

---

**From:** Hall, Chris
**Sent:** Monday, January 3, 2022 2:19 PM
**To:** Don Ritchie <Don.Ritchie@elginps.com>
**Cc:** Chad Dillon (Chad.Dillon@elginps.com) <Chad.Dillon@elginps.com>; Brent Hall (BHall@dupps.com) <BHall@dupps.com>; Mueller, Benjamin <BMueller@dupps.com>; Mehl, Ronald J. <RMehl@dupps.com>
**Subject:** 24X60 High Speed Manual

Hello Don,
We need the installation, operation and maintenance manuals for the High Speed 24X60's we purchased from you all. Please include a manual for the lube system if it's separate. We must provide these before the units start up. The sooner we can get them the better.

Regards,
Chris

**Chris Hall**
Parts Sales Manager- Ankeny
**Phone** (937) 855-0598
**Mobile** (515) 205-8780
**Web** www.dupps.com
**Email** chall@dupps.com
1429 SE Cortina Dr., Ankeny, IA 50021

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.