L R Civ P 83.6 Form (Rev. 02/2025)
L R Cr P 44.6 Form (Rev. 02/2025)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT CHARLESTON ▼

ELGIN SEPARATION SOLUTIONS, LLC and
CMI/CSI LLC f/k/a CENTRIFUGAL SERVICES, LLC,

**STATEMENT OF VISITING ATTORNEY AND DESIGNATION OF LOCAL COUNSEL**

v.

CIVIL CASE NO. ▼ 2:23-cv-00440

DAVID CHADWICK DILLON, DILLON INDUSTRIES, INC. and DONALD RITCHIE

## VISITING ATTORNEY INFORMATION

| | | |
|---|---|---|
| Elizabeth Wellhausen | 6346609 | IL |
| Name of Visiting Attorney | Bar ID Number | State |

Taft Stettinius & Hollister LLP
Visiting Attorney's firm name

111 East Wacker Drive, #2600, Chicago, IL 60601
Visiting Attorney's mailing address, City, State and Zip

| | |
|---|---|
| 312-836-4110 | ewellhausen@taftlaw.com |
| Visiting Attorney's office telephone number | Visiting Attorney's Email address |

Illinois State Bar Association, Illinois Bar Center, 424 S. Second Street, Springfield, IL 62704
Name and address of the Bar(s) of which the Visiting Attorney is a member in good standing

## PARTY INFORMATION

Elgin Separation Solutions, LLC and CMI/CSI LLC f/k/a Centrifugal Services, LLC
Name of party represented

## SPONSORING ATTORNEY INFORMATION

| | | |
|---|---|---|
| Kevin A. Nelson, Dinsmore & Shohl LLP | 2715 | WV |
| Name of Sponsoring Attorney and firm name | Bar ID Number | State |

707 Virginia Street E., #1300, Charleston, WV 25301
Sponsoring Attorney's mailing address, City, State and Zip

| | |
|---|---|
| 304-357-9995 | kevin.nelson@dinsmore.com |
| Sponsoring Attorney's office telephone number | Sponsoring Attorney's Email address |

## VISITING ATTORNEY'S CERTIFICATION

I hereby certify that I am a member in good standing of the Bar(s) listed in the Statement of Visiting Attorney and that I have never been convicted of a felony. I further certify that I have paid the West Virginia State Bar its prescribed pro hac vice fee for this case and complied with the West Virginia State Bar's requirement for attorneys admitted pro hac vice.

I understand that attorneys admitted pro hac vice may register for service by electronic means pursuant to the Federal Rules, and for privileges to view official docket sheets and documents associated with cases and query case reports for cases on the CM/ECF system. I further understand that all filings must be electronically submitted by local counsel.

_5/21/2025_
Date

s/ _Elizabeth Wee_
Signature of Visiting Attorney

## SPONSORING ATTORNEY'S CERTIFICATION

I hereby certify that I am admitted to practice before the Supreme Court of Appeals of West Virginia, I am a member in good standing of the West Virginia State Bar, and I am a member of the bar of this Court. I further certify that I have an office for the practice of law in West Virginia, and I practice law primarily in West Virginia. I agree that pleadings, notices, and other papers may be served on me in this case. I consent to being the Sponsoring Attorney for the above-named Visiting Attorney and I shall hereafter sign and electronically file all papers that require the signature of an attorney.

_5/22/2025_
Date

s/ _Kevin A. Nelson_
Signature of Sponsoring Attorney