UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION



ELGIN SEPARATION SOLUTIONS, LLC, et al.,

          Plaintiffs,

v.                                CIVIL ACTION NO.  2:23-cv-440

DAVID CHADWICK DILLON, et al.,

          Defendants.

## JURY VERDICT FORM

1)   We, the jury, find by a preponderance of the evidence that the Defendant, Dillon Industries, violated the United States Defend Trade Secrets Act by misappropriating a trade secret.

        _____ YES                                 __X__ NO

2)   We, the jury, find by a preponderance of the evidence that the Defendant, Dillon Industries, violated the West Virginia Uniform Trade Secrets Act by misappropriating a trade secret.

        _____ YES                                   __X__ NO

**If you answered YES to Question Number 1 or Number 2, you must also answer Question Number 8.   If you answered NO to both Question Number 1 and Number 2, Do Not answer Question Number 8.**

3) We, the jury, find by a preponderance of the evidence that the Defendant, David Chadwick Dillon, violated the United States Defend Trade Secrets Act by misappropriating a trade secret.

_____ YES     ___X___ NO

4) We, the jury, find by a preponderance of the evidence that the Defendant, David Chadwick Dillon, violated the West Virginia Uniform Trade Secrets Act by misappropriating a trade secret.

_____ YES     ___X___ NO

5) We, the jury, find by a preponderance of the evidence that the Defendant, David Chadwick Dillon, violated a fiduciary duty to the Plaintiff, Elgin.

___X___ YES     _____ NO

**If you answered YES to Question Number 3, Number 4 or Number 5, you must also answer Question Number 9. If you answered NO to Questions Number 3, Number 4 and Number 5, Do Not answer Question Number 9.**

6) We, the jury, find by a preponderance of the evidence that the Defendant, Donald Ritchie, violated the United States Defend Trade Secrets Act by misappropriating a trade secret.

_____ YES          __X__ NO

7) We, the jury, find by a preponderance of the evidence that the Defendant, Donald Ritchie, violated the West Virginia Trade Secrets Act by misappropriating a trade secret.

_____ YES          __X__ NO

**If you answered YES to Question Number 6 or Number 7, you must also answer Question Number 10. If you answered NO to both Question Number 6 and Number 7, Do Not answer Question Number 10.**

8) We, the jury, find damages by a preponderance of the evidence against Dillon Industries in favor of the Plaintiff, Elgin.

_____ YES                          _____ NO

**If you answered YES:**

Compensatory damages            $_____

We, the jury, find by clear and convincing evidence that an award of punitive damages is appropriate.

_____ YES                          _____ NO

**If YES, in the following amount:**

Punitive damages                $_____

9) We, the jury, find damages by a preponderance of the evidence against David Chadwick Dillon in favor of the Plaintiff, Elgin.

 YES  _____ NO

**If you answered YES:**

Compensatory damages        $ 11,050.13

We, the jury, find by clear and convincing evidence that an award of punitive damages is appropriate.

_____ YES         NO

**If YES, in the following amount:**

Punitive damages        $_____

10) We, the jury, find damages by a preponderance of the evidence against Donald Ritchie in favor of the Plaintiff, Elgin, in the following amount:

_____ YES         _____ NO

**If you answered YES:**

Compensatory damages         $_____

We, the jury, find by clear and convincing evidence that an award of punitive damages is appropriate.

_____ YES         _____ NO

**If YES, in the following amount:**

Punitive damages         $_____

6/13/2025
DATE

\[signature redacted\]
FOREPERSON