IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**ELGIN SEPARATION**
**SOLUTIONS, LLC, and**
**CMI/CSI, LLC f/k/a CENTRIFUGAL**
**SERVICES, LLC,**

    **Plaintiff,**

**v.**                            **Civil Action No.: 2:23-cv-00440**

**DAVID CHADWICK DILLON, DILLON**
**INDUSTRIES, INC. and DONALD**
**RITCHIE,**

    **Defendants.**

**DEFENDANT DONALD RITCHIE'S MOTION FOR ATTORNEY'S FEES**

       NOW COMES the Defendant Donald Ritchie, by and through counsel, and moves this Court pursuant to the United States Defend Trade Secrets Act (USDTSA), 18 U.S.C. § 1836(b)(3)(D); West Virginia Intellectual Property and Trade Secrets Act (WVIPTSA), W.Va. Code §47-22-4; and the Court's inherent power to award attorney's fees, and requests that this Court award Donald Ritchie is reasonable attorney's fees and expenses in defending this matter.

       To the extent issues related to Ritchie's Motion for Attorney's Fees overlap with any similar Motion filed on behalf of Defendants David Chadwick Dillon and Dillon Industries, Inc. (hereinafter referred to as the "Dillon Defendants"), Ritchie adopts and incorporates herein those arguments and facts set

1

forth by the Dillon Defendants to the extent applicable to his Motion.

For the reasons set forth herein as well as the accompanying Memorandum of Law in support of his Motion, Donald Ritchie respectfully requests that this Court enter an Order that Plaintiff pay within 30 days his reasonable attorney's fees and expenses totaling $153,809.66 exclusive of preparing this Motion.  Finally, Donald Ritchie requests such other and further relief as this Court deems just and proper.

                                        DONALD RITCHIE

                                        By Counsel

s/Scott H. Kaminski
Scott H. Kaminski (WVSB#6338)
Ray, Winton & Kelley, PLLC
109 Capitol Street, Suite 700
Charleston, WV 25301
304-342-1141
ScottKaminski@rwk-law.com

```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
```

**ELGIN SEPARATION SOLUTIONS, LLC, and CMI/CSI, LLC f/k/a CENTRIFUGAL SERVICES, LLC,**

    Plaintiff,

v.    Civil Action No.: 2:23-cv-00440

**DAVID CHADWICK DILLON, DILLON INDUSTRIES, INC. and DONALD RITCHIE,**

    Defendants.

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on 8th day of July, 2025, he served a true and correct copy of the foregoing DEFENDANT DONALD RITCHIE'S MOTION FOR ATTORNEY'S FEES AND MEMORANDUM OF LAW IN SUPPORT THEREOF via CM/ECF which will send electronic notice to the following counsel of record:

Jill Cranston Rice
Lauren E. Moates
Dinsmore & Shohl LLP
215 Don Knotts Boulevard, Suite 310
Morgantown, WV 26501
*Counsel for Plaintiffs*

Kevin A. Nelson
DINSMORE & SHOHL LLP
707 Virginia Street, East, Suite 1300
Charleston, WV 25301
*Counsel for Plaintiffs*

Gillian Lindsay
Julie Ratliff
Elizabeth Wellhausen
Taft Stettinius & Hollister LLP
111 East Wacker Drive, Suite 2600
Chicago, IL 60601
*Counsel for Plaintiffs*

M. Shane Harvey
Grace E. Hurney
Jackson Kelly PLLC
500 Lee Street, East, Suite 1600
Post Office Box 553
Charleston, West Virginia 25322
*Counsel for David Chadwick Dillon and Dillon Industries, Inc.*

                              <u>s/Scott H. Kaminski</u>
                              Scott H. Kaminski (WVSB#6338)